# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:

MARK LEON, JR ,                                    Case No. 6:15-bk-00375-KSJ

    Debtor.                                        Chapter 13

_____/

## NOTICE OF APPEARANCE

COMES NOW the firm of KELLEY KRONENBERG ATTORNEYS AT LAW and files this Notice of Appearance as counsel of record for CALVARY SPV I, LLC - ASSIGNEE OF CAPITAL ONE, N.A. (hereinafter "CALVARY SPV I, LLC"), a creditor in the above-styled cause, and requests:

1. That its name be added to the Matrix as:

    CALVARY SPV I, LLC
    c/o KELLEY KRONENBERG ATTORNEYS AT LAW
    1511 N. Westshore Blvd., Suite 400
    Tampa, FL 33607

2. That it be provided copies of all pleadings filed herein.

    /s/ALISON VERGES WALTERS, ESQ.
    DENNIS J. LeVINE, ESQ.
    Fla. Bar No. 375993
    DAVID E. HICKS, ESQ.
    Fla. Bar No. 0368245
    ALISON VERGES WALTERS, ESQ.
    Fla. Bar No. 0679402
    KELLEY KRONENBERG ATTORNEYS AT LAW
    1511 N. Westshore Blvd., Suite 400
    Tampa, FL 33607
    813-223-1697
    813-433-5275 (fax)
    E-mail: awalters@kelleykronenberg.com
    Attorneys for  CALVARY SPV I, LLC

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished either by electronic or standard first class mail to the parties listed below on this <u>13</u><sup>TH</sup> day of July, 2015.

                <u>/s/ALISON VERGES WALTERS, ESQ.</u>
                ALISON VERGES WALTERS, ESQ.

Mark Leon, Jr
21 Sandusky Rd
South Daytona, FL 32119

Robert Zipperer, Esq.
224 S. Beach St., Suite 202
Daytona Beach, FL 32114

Laurie  Weatherford, Trustee
P.O. Box 3450
Winter Park, FL 32790