IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                      CASE NO.

MARK LEON, JR                                      6:15-bk-00375-KSJ

      Debtor.

_____/

## DEBTOR'S WITHDRAWAL OF OBJECTION
## TO CLAIM NO. EIGHT (8) OF CALVARY SPV I, LLC

The debtor, by and through his undersigned attorney, hereby withdraws his

Objection to Claim Eight (8) filed by the Calvary SPV I, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Objection to Claim
Eight of Cavalry Spv I, has been furnished to by electronic or US Mail: Cavalry Spv, I,
LLC, c/o Bass & Associates, P.C., 3960 E. Ft. Lowell Road, Suite #200, Tucson, AZ
85712; Dennis J. Levine, Esq., 1511 N. Westshore Blvd., Suite 400, Tampa, FL  33607;
Laurie Weatherford, P.O. Box 3450, Winter Park, FL  32790; Office of the U.S. Trustee,
George C Young Federal Building, 400 West Washington St, Suite 1100, Orlando, FL
this 27th day of July, 2015. **All of said addresses being the usual place where business
or profession is conducted.**

/s/ Robert Zipperer
Robert Zipperer
Attorney for Debtor
224 S. Beach St., Ste. 202
Daytona Beach, FL 32114
Phone (386) 226-1151
Florida Bar No. 196525
robertzipperer@bellsouth.net