IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                     CASE NO.

MARK LEON, JR                           6:15-bk-00375-KSJ

      Debtor.
_____/

## DEBTOR'S WITHDRAWAL OF WITHDRAWAL OF OBJECTION TO CLAIM NO. EIGHT (8) OF CALVARY SPV I, LLC, DOCUMENT NO. 37

The debtor, by and through his undersigned attorney, hereby withdraws his Withdrawal of Objection to Claim Eight (8) filed by the Calvary SPV I, LLC, filed on July 27, 2015, document number 37.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Objection to Claim Eight of Cavalry Spv I, has been furnished to by electronic or US Mail: Cavalry Spv, I, LLC, c/o Bass & Associates, P.C., 3960 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712; Dennis J. Levine, Esq., 1511 N. Westshore Blvd., Suite 400, Tampa, FL 33607; Laurie Weatherford, P.O. Box 3450, Winter Park, FL 32790; Office of the U.S. Trustee, George C Young Federal Building, 400 West Washington St, Suite 1100, Orlando, FL this 27th day of July, 2015. **All of said addresses being the usual place where business or profession is conducted.**

                                                   /s/ Robert Zipperer
                                                   Robert Zipperer
                                                   Attorney for Debtor
                                                   224 S. Beach St., Ste. 202
                                                   Daytona Beach, FL 32114
                                                   Phone (386) 226-1151
                                                   Florida Bar No. 196525
                                                   robertzipperer@bellsouth.net