

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/28/2015 10:15 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-00375-KSJ | 13 | 01/15/2015 |

Chapter 13

**DEBTOR:**   Mark Leon

**DEBTOR ATTY:**   Robert Zipperer

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

(1) Confirmation Hearing
Amended Chapter 13 Plan (Doc #32)
Objection to Confirmation by SunTrust Bank (Doc #33)
Objection to Confirmation by VT, Inc. (Doc #20)
Objection to Confirmation by Calvary SPV I, LLC (Doc #36)
(2) Debtor's Objection to Claim No. 1 of Sheffield Financial (Doc #30) filed 6/18/15 with negative notice.   No response filed.   No order entered
.

**APPEARANCES:**:

Laurie Weatherford, Chapter 13 Trustee
Gary Lublin (SunTrust & VT, Inc.)

**RULING:**

(1) Confirmation Hearing:    Confirmed.    Attorney's fees to Debtor's counsel reduced by $1,000.    Order by Trustee

(2) Debtor's Objection to Claim No. 1 of Sheffield Financial   (Doc #30):   Sustained.   Order by Trustee

(3) Ore Tenus Motion for Relief from Stay by VT, Inc:    Granted.    Order by Lublin
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.