ORDERED.

Dated: August 07, 2015

Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No.

MARK LEON, JR                                             6:15-bk-00375-KSJ

    Debtor.
_____/

**ORDER DENYING IN PART ON DEBTOR'S OBJECTION TO
CLAIM NO. EIGHT (8) CAVALRY SPV I, LLC, DOCUMENT NO. 31**

This case came on before the Court for consideration of Debtor's Objection to Claim No. Eight (8) of Cavalry SPV I, LLC, filed on June 18, 2015, document number 31. The Court being informed that the parties have reached an agreement. Therefore, it is

**ORDERED:**

1. The objection to Claim No. Eight (8) is Denied in part.

2. Claim No. Eight (8) shall be paid as a secured claim of $10,000 at 5.25% interest.

3. The remaining portion of the claim will be treated as an unsecured.

Robert Zipperer, Attorney for Debtor, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.